UNITED STATES DISTRICT COURT<br>
DISTRICT OF RHODE ISLAND

SHARON DUPONT,

    Plaintiff,                                   CASE NO. 1:14-cv-00086-S-LDA

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Sharon Dupont (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC Services Limited Partnership (Defendant), in this case.

Respectfully Submitted,

By: /s/ Adam J. Combies

Adam J. Combies, Esq.
Combies Hanson
631 Main Street
East Greenwich, RI 02818
Phone: 888-733-4416
Fax: 617-275-8000
acombies@combieshanson.com
Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Adam J. Combies
Adam J. Combies
Attorney for Plaintiff
